IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARCELO RIOS MULERO

DEBTOR

CASE NO. 15-07603-ESL

CHAPTER 13

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, MARCELO RIOS MULERO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated December 16, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide for secured creditor Scotiabank de Puerto Rico (POC 2-2).

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated December 16, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of December, 2015.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                              Case No. **3:15-bk-7603**

**RIOS MULERO, MARCELO**
Debtor(s)                                              Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **12/16/2015**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **140.00** x **60** = $ **8,400.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **8,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **8,400.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank Puerto R** Cr. _____ Cr. _____
# **Claim 2-2** # _____ # _____
$ **660.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Scotiabank Puerto R**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Signed: **/s/ MARCELO RIOS MULERO**
           Debtor

_____
Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          SCOTIABANK DE PUERTO RICO              US Bankruptcy Court District of P.R.
0104-3                                   CARDONA JIMENEZ LAW OFFICE PSC         Jose V Toledo Fed Bldg & US Courthouse
Case 15-07603-ESL13                      PO BOX 9023593                         300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00902-3593                San Juan, PR 00901-1964
Old San Juan
Wed Dec 16 16:15:26 AST 2015

American Airlines                        Barclays Bank Delaware                 Claro
Card Services                            125 S West St                          Po Box 360998
PO Box 13337                             Wilmington, DE 19801-5014              San Juan, PR 00936-0998
Philadelphia, PA  19101-3337


Island Finance                           Midland Credit Management, Inc. as agent for    SANTANDER FINANCIAL D/B/A ISLAND FINANCE
Pob 71504                                MIDLAND FUNDING LLC                    PO BOX 195369
San Juan, PR 00936-8604                  PO Box 2011                            SAN JUAN PR 00919-5369
                                         Warren, MI 48090-2011


Scotiabank Puerto Rico                   Syncb/jc Penney Pr                     Syncb/walmart
PO Box 362394     #280 Jesus T Piner     Po Box 965007                          Po Box 965024
San Juan, PR  00936                      Orlando, FL 32896-5007                 Orlando, FL 32896-5024


Syncb/walmart Dc                         ALEJANDRO OLIVERAS RIVERA              MARCELO RIOS MULERO
Po Box 965024                            ALEJANDRO OLIVERAS CHAPTER 13 TRUS     PO BOX 1754
Orlando, FL 32896-5024                   PO BOX 9024062                         SAN LOPRENZO, PR 00754-1754
                                         SAN JUAN, PR 00902-4062


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)SCOTIABANK DE PUERTO RICO             End of Label Matrix
CARDONA-JIMENEZ LAW OFFICE, PSC          Mailable recipients    16
P.O. BOX 9023593                         Bypassed recipients     1
SAN JUAN, PR  00902-3593                 Total                  17
```