IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

MARCELO RIOS MULERO

DEBTOR

CASE NO. 15-07603 (ESL)

CHAPTER 13

**WITHDRAWAL OF OBJECTION TO CONFIRMATION**
**(Plan Dated September 30, 2015)**

Comes now, Scotiabank Puerto Rico ("Scotiabank or the "Bank") represented by the undersigned attorney, who states and prays as follows:

1. On December 17, 2015 the undersigned filed on behalf of Scotiabank, an objection to confirmation of Debtor's Chapter 13 Payment Plan of September 30, 2015.

2. On December 16, 2015 Debtor filed an amended Chapter 13 Plan that takes care of the issue raised by Scotiabank.

3. Scotiabank wishes to withdraw its opposition in view of Debtor's amended plan filed on December 16, 2015.

WHEREFORE, due to the aforesaid, Scotiabank very respectfully requests that the opposition to confirmation filed on December 17, 2015 be deemed withdrawn.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's attorney **Roberto Figueroa Carrasquillo, Esq.;** and to **Alejandro Oliveras Rivera**, **Esq.**, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service

Objection to Confirmation
Debtor: Marcelo Rios Mulero
Case 15-07603- P 2

2

copy of this motion to the following non CM/ECF participant debtor, to their address of record in this case.

In San Juan, Puerto Rico, on the 31st day of March, 2016.

        CARDONA JIMENEZ LAW OFFICES, PSC
        Attorney for Scotiabank Puerto Rico
        PO Box 9023593
        San Juan, PR 00902-3593
        Tels: (787) 724-1303, Fax No. (787) 724-1369
        E-mail: jf@cardonalaw.com

        */s/José F. Cardona Jiménez*, USCD PR 124504