IN THE UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**MARCELO RIOS MULERO**<br>**aka MARCELO RIOS**<br><br>**xxx–xx–3486**<br><br>Debtor(s) | Case No. **15–07603 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/31/16 |

***ORDER***

The motion filed by Scotiabank de Puerto Rico requesting to withdraw objection to confirmation (docket #22) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, March 31, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge